UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEAR REPUBLIC BREWING CO., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 1:10- cv-10118-RBC <br> ) |
| CENTRAL CITY BREWING CO., | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## JURY DEMAND

Central City Brewing Co. hereby demands a jury on all issues so triable.

        Respectfully submitted,
        By their attorneys

        /s/Anthony E. Rufo
        Julia Huston(BBO #52160)
        Anthony E. Rufo (BBO #675542)
        Foley Hoag LLP
        Seaport West
        155 Seaport Boulevard
        Boston, Massachusetts 02210-2600
        Telephone:  617 832 1000
        Facsimile:  617 832 7000
        jhuston@foleyhoag.com
        arufo@foleyhoag.com

Dated:  March 19, 2010

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

        /s/ Anthony E. Rufo
        Anthony E. Rufo